THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HUGH BASIL TILKINS, Appellant.—

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CECIL O. RODENBERGER, Appellant, v. WALTER B. MARTIN, as Warden of Attica Prison, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLYDE TOLBERT, Appellant, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

FRANK E. BARRY, Appellant, v. CITY OF SYRACUSE, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

PAUL H. BIRD, Respondent-Appellant, v. NEW YORK STATE THRUWAY AUTHORITY, Appellant-Respondent. (Claim No. 33733.) —

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of THOMAS P. BIRMINGHAM, Appellant, v. WILLIAM S. HULTS, Individually and as Commissioner of Motor Vehicles of the State of New York, Respondent.—

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.

In the Matter of the Construction of the Will of TINA H. HALE, Deceased. ELIZABETH S. PROBST et al., Appellants; R. GLENN HALE, Respondent. —

Present — Williams, P. J., Bastow, Goldman, Halpern and McClusky, JJ.